**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01713-CV

**IN THE MATTER OF THE MARRIAGE OF D.L.S. AND P.S. AND IN THE INTEREST OF: S.S., S.S., AND S.S., MINOR CHILDREN**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-56261-2011**

## ORDER

We **GRANT** appellant's January 21, 2014 unopposed motion for extension of time to make financial arrangements to pay for the appellate record and **ORDER** appellant to file, no later than February 10, 2014, written verification that she has paid or made arrangements to pay for the record. We note that appellant states in her motion that she "initially filed an affidavit of indigency" but "recently withdrew it." Accordingly, because she is not seeking to proceed without payment of costs, appellant is cautioned that failure to provide verification that she has paid or made arrangements to pay the reporter's fee may result in the appeal being submitted without the reporter's record; failure to provide verification that she has paid or made arrangements to pay the clerk's fee may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b),(c).

We **DENY** as moot appellant's January 17, 2014 motion for extension of time to make financial arrangements to pay for the appellate record.

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) Andrea Stroh Thompson, Collin County District Clerk; (2) Niki D. Garcia, Official Court Reporter for the 366th Judicial District Court; and (3) counsel for all parties.

/Ada Brown/
ADA BROWN
JUSTICE